It is so ordered.

s/James G. Carr
Sr. United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE TOLEDO BLADE CO., et al., | ) | Case No. 3:14-cv-00746-JGC |
| | ) | |
| Plaintiffs, | ) | Honorable James G. Carr |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

The plaintiffs, under Rule 41(a)(1)(A)(ii), hereby voluntarily dismiss this civil action with prejudice, contingent on the defendant United States of America making payment to plaintiffs as required by the Stipulation for Compromise Settlement and Release of First Amendment Privacy Protection Act Claims Pursuant to 42 U.S.S. §2000aa, which is being filed contemporaneously with this Stipulation of Voluntary Dismissal.

/s/ *Fritz Byers*
Fritz Byers (0002337)
414 N. Erie St., 2nd Floor
Toledo, Ohio 43604
Phone: 419-241-8013
Telecopier: 419-241-4215
E-mail: fritz@fritzbyers.com

Counsel for Plaintiffs

/s/ *Holly Taft Sydlow*
Holly Taft Sydlow (0001122)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, Ohio 43604-2624
Phone: 419-259-6376
Fax: 419-259-6360
E-mail: Holly.Sydlow@usdoj.gov

Counsel for Defendants